**95–899.** Pain Ent., Inc. v. Wessling. *Hamilton County,* No. C–930888. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective June 5, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–1063.** State v. Kirby. *Licking County,* No. 91CA3749. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* effective June 5, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, June 7, 1995*

## MERIT DOCKET

**93–2379.** State ex rel. Hight v. Ohio Adult Parole Auth. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## MOTION DOCKET

**95–778.** State v. Guess. *Franklin County,* No. 94APA09–1278. On motion for stay of execution. Motion denied.

**95–819.** Starks v. Starks. *Hamilton County,* No. C–940023. On motion for immediate emergency spousal support. Motion denied.

**95–931.** Hubbard v. Luchansky. *Trumbull County,* No. 94–T–5067. On motion for stay of execution. Motion denied.

MOYER, C.J., dissents.

**95–981.** State ex rel. Horvath v. State Teachers Retirement Bd. *Franklin County,* No. 94APE07–988. On motion for stay of execution. Motion granted and thirty days only allowed.

DOUGLAS and F.E. SWEENEY, JJ., dissent.